UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

CAPURS HALL,                          )
                                      )
            Plaintiff,                )
                                      )
v.                                    )          No. 2:22–CV–78
                                      )
SANDRA TATE, *et al.*,                )
                                      )
            Defendants.               )

## JUDGMENT

This matter came before the Court on the Report and Recommendation of the United States

Magistrate Judge Cynthia R. Wyrick dated September 9, 2023. [Doc. 13]. For the reasons stated

in the Court's contemporaneously filed Order adopting Judge Wyrick's Report and

Recommendation, it is **ORDERED AND ADJUDGED** that this action be, and hereby is,

**DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the case.

So ordered.

ENTERED AS A JUDGMENT:


_____
            s/J. RONNIE GREER
       UNITED STATES DISTRICT JUDGE


__s/ *LeAnna R. Wilson*___
   District Court Clerk